UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
New Albany DIVISION

**FILED**

**06/17/2025**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

CALVIN JACKSON ,

     Plaintiffs,

                       v. ) Case No. ___4:25-cv-00111-SEB-KMB___

DX2 Group LLC
MMX All Ventures, Inc
Dealers license.Net
Jason DoubleDay
Emily Jennings
Tri State Dealer services

     Defendant. )

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, Calvin Jackson ("Jackson") their respective causes of action against Defendant, DX2 GEOUP LLC, MMX All Ventures, Inc allege and say:

Preliminary Statement

1.  This action arises under the provisions of 42 U.S.C. §1981, Title Vll  of civil rights act 1964, 42

    U.S.C. §1981a, 42U.S.C. §1988, and 42 U.S.C. §§2000e, and Employment Act 1967. et seq.

    Jackson are seeking , back pay and benefits, damages, fees interest and  all costs from

    Defendants to redress the deprivation of their rights arising out of Defendants racially

    discriminatory employment practices. Jurisdiction And Venue

2.  This court has jurisdiction of this action pursuant to 28 U.S.C. §1331, 28 U.S.C.

§1343 and 42 U.S.C. §§2000e, et seq.

3.  The unlawful employment practices alleged in this Complaint were committed in

Indiana within the jurisdiction of the Southern District of Indiana.

The Parties

4.  Jackson is a black male citizen of the United States and a resident of Indiana.

5.  Defendants' is, and at all relevant times was, a corporation admitted to do business, and

doing business, in the State of Indiana.

Procedure

7. Within 300 days of the occurrence of the acts upon which this Complaint is based,

charges were filed by Jackson with the Equal Employment Opportunity Commission ("EEOC").

8.  Jackson received Notices of Right to Sue from the EEOC on or about March 20, 2025 and commenced

this action within 90 days of the receipt of those notices.

Statement of Facts
A.
Background

9. Defendants' is engaged in the business selling cars ( Car Dealership) in interstate commerce in various

locations and states including Evansville, Indiana

10. Defendant's operated a local office at 2510 W Illinois St, Evansville Indiana 47712

11. In 2024 and 2025, Jason Double Day was the general manager of the local office and

2

Emily Jennings was the operations manager.

B.

Employment of Calvin Jackson

12. Defendants hired Calvin Jackson on or about August 10, 2023 as a Car Dealer (Representative)

of said company. Jackson were supposed to receive a Dealer Plate but was told by Manager and Emily

Jennings the Company does not give Dealer Plated to Black old men . Jackson was denied a Dealership

License Plate due to his Race and Age.

13. Jackson's rate of pay was Commission for all cars sold through the company including $40 hour

addition pay for Office work.

14. Upon information and belief, Jackson was made less than white

employees performing comparable work and was never paid for any of the  Office work he performed.

15. Less than ten days after Jackson started work, the same Emily Jennings and Mary who had

began to openly taunt Jackson using vicious, degrading, inflammatory and offensive racial slurs and

racial comments.

16. Jackson immediately reported and filed the racial harassment complaint to his

General Manager Jason Double Day , but Double Day took no disciplinary action against Jennings and

the offensive racial harassment was allowed to continue.  Jackson filed Numerous complaints the last

3

was on or about June 16, 2024

C
Firing of Calvin Jackson

17. The harassment increased, Emily and Mary Began to spam call Jackson to harass or annoy him,

asking for past inventory of sold vehicle information previously submitted, although they have the

inventory submitted in their possession Jackson was told to resend all the previous sent documents for

each vehicle sold. Jackson then resubmitted the requested information Jennings said she received it the

submissions but demanded Jackson resubmit them to her numerous times after admitting she received

it. Jennings then had Mary request the exact same submissions from Jackson to annoy him. Jennings

during their phone call with Jackson laughed stated Jackson would not be making any money. Jennings

Blocked Jackson by removing him as the Company Representative which caused Jackson not to have

access to any Dealer only Auctions to buy or sell cars resulting in Jackson loosing thousands. Jennings

knowingly and intentionally allowed Jackson to travel over 300 miles one way round trip 600 miles to

Indianapolis Car Exchange located Whitestown Indiana a Dealer only Auction. Upon Jacksons' Arrival he

was not allowed to attend the Auction. Emily Jennings removed Jackson from Auction access in

retaliation to him filing his Discrimination Complaint, and never informed him of her removing him as a

Representative (Car Dealer) for the company, this happened numerous times. Both Auction Access and the Dealer only auction informed Jackson he was Removed as Representative of the company as a result he could not attend the Auction. Each time a problem arose Jackson informed Defendants but all complaints were ignored.  Jackson Filed his EEOC Complaint against Defendants' On or about August 20, 2024. Defendants terminated Jackson on or about October 16, 2024.  Defendants then later emailed Jackson backs said his employment was not going to end until November 16, 2024. Defendants refused to Pay Jackson lost wages including money they illegally debited from his accounts. Defendants illegally withheld seize titles for vehicles belonging to Jackson which caused Jackson to lose more money loose commission. All Jackson Calls and Complaints were ignored.

Statement of Claims

18.  Defendants deprived Jackson of their rights to make and enforce contracts in violation of 42 U.S.C. §1981 including, but not limited to, making, performing, modifying and terminating their contracts of employment at Dx2 Group LLC, MMX All Ventures Inc.  and enjoying all of the benefits, privileges, terms and conditions of their contractual relationships.

19. Dx2 Group LLC MXX All Ventures INC unlawfully discriminated and retaliated against Jackson and with respect to their compensation, terms, conditions or privileges of employment because of their

5

race, in violation of 42 U.S.C. §2000e-2(a)(1), Title Vll of Civil Rights Act of 1964, and the Age Discrimination in Employment Act of 1967

20. Dx2 Group LLC, MXX All Ventures Inc. unlawfully limited, segregated or classified Jackson  in a way

that deprived or tended to deprive them of employment opportunities and otherwise adversely

affected their status as employees because of their race, in violation of 42 U.S.C. §2000e-2(a)(2).

21. Dx2 Group LLC, MXX All Ventures Inc failed and refused to protect Jackson from racial harassment

and a racially hostile work environment, and took no action to remedy the racial harassment.

22. Defendants acts and conduct were deliberate and constitute illegal employment

discrimination on the basis of race.

23. Defendants engaged in discriminatory and retaliatory acts and conduct with malice or

with reckless indifference to Jackson's federally protected rights.

24. As a direct and proximate result of Dx2 Group LLC's, DealerLicense.net MMXX All Ventures Inc acts

and conduct, Jackson

and have suffered economic loss, embarrassment, inconvenience, mental anguish,

degradation, loss of enjoyment of life and other indignities.

25. Jackson are entitled to such legal and equitable relief as may be

appropriate including, but not limited to, reinstatement with back pay and benefits, together with

6

compensatory and punitive damages, interest, reasonable attorney's fees, expert fees and court costs.

26. Jackson  are entitled to all other just and proper relief permitted by law.

## DEMAND FOR JURY TRIAL

Jackson Pro Se, pursuant to Fed. R. Civ. P. 38(b), S.D. Ind. L.R. 38-1,
and 42 U.S.C. §1981a(c), respectfully demand trial by jury on all issues triable by a jury.

Respectfully submitted,

Calvin Jackson

Calvin Jackson
11661 Julian Rd
Gracey Ky 42232
Phone # (317) 7771178
Facsimile: (317) 573-5564
E-mail: calvinjcksn3@gmail.com
 Pro SE

## CETIFICATE OF SERVICE

I certify a  true copy of this Complaint was sent by Us Mail to All Parties on  June 16, 2025

DX2 Group LLC - 4085 FM  2933 SUITE  100B MCKINNEY, TEXAS 75071

Dealer License.net -  228 Park Avenue  South  Suite 54634 New York , Ny 10003

Jason DoubleDay-MMXX All Ventures Inc  -  3245 MAIN STREET SUITE 235, BOX 368 Frisco Texas 75034

Emily Jennings  -   3245 MAIN STREET SUITE 235, BOX 368 FRISCO Texas 75034

Tri State Dealer services 8739 Davis Blvd, Keller, Keller, Tx 76248

7